IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HI-TECH ELECTRIC, INC. OF DELAWARE, | * * * | CIVIL ACTION NO: 2:15-cv-3034 |
| Plaintiff, | * * | SECTION "R" |
| V. | * * | MAGISTRATE DIVISION "4" |
| T&B CONSTRUCTION AND ELECTRICAL SERVICES, INC., | * * * | |
| Defendant. | * * | |

* * * * * * * * * * * * * * * * * *

## MOTION AND ORDER TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT** through undersigned counsel comes defendant, T&B Construction and Electrical Services, Inc., who moves this Honorable Court to allow Chadwick A. Tobler (LA Bar No. 34843) of the Tobler Law Firm, LLC to be enrolled as counsel of record for defendant, T&B Construction and Electrical Services, Inc., in this matter.

**WHEREFORE**, defendant prays that Chadwick A. Tobler (LA Bar No. 34843) of the Tobler Law Firm, LLC be enrolled as counsel of record for the defendant.

Respectfully submitted,

***TOBLER LAW FIRM, LLC***

By:  */s/ Chadwick A. Tobler*
**CHADWICK A. TOBLER** (LSBA 34843)
1500 Sugar Bowl Drive, Suite A
Mercedes-Benz Superdome
New Orleans, Louisiana 70112
Telephone: (504) 408-1250
Email: chad@toblerlawfirm.com

***Attorney for Defendant,***
***T&B Construction and Electrical***
***Services, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's electronic filing system.

*/s/ Chadwick A. Tobler*