UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HI-TECH ELECTRIC, INC. OF DELAWARE, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:15-cv-3034(R)(4) ) |
| T&B CONSTRUCTION AND ELECTRICAL SERVICES, INC. (f/k/a T&B ELECTRIC, INC. and f/k/a T&B ELECTRICAL, INC.), | ) ) ) ) ) |
| Defendant. | ) |

**MOTION TO FIX ATTORNEY'S FEE**

Plaintiff, Hi-Tech Electric, Inc. of Delaware, through undersigned counsel, moves pursuant to this Court's Order filed as Document 50 herein on May 31, 2016 to fix its attorney's fee in accordance with the affidavit attached hereto.

**CERTIFICATE OF SERVICE**

I certify that on June 7, 2016, I filed the foregoing Motion to Fix Attorney's Fee via this Court's CM/ECF system, which will serve notice upon Chadwick A. Tobler, Esq., counsel for defendant, T&B Construction and Electrical Services, Inc.

_____
F. Victor Hastings (La. Bar Roll No. 18939)
64 Verde Street
Kenner, LA 70065-1029
(504) 275-5710
victor@hastingslaw.biz

Attorneys for Plaintiff,
Hi-Tech Electric, Inc. of Delaware

Martin R. Salzman (pro hac vice)
Ga. Bar No. 623450
Hendrick, Phillips, Salzman & Flatt
230 Peachtree St NW Ste 2500
Atlanta, Georgia 30303-1515
(404) 522-1410
mrs@hpsf-law.com