UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HI-TECH ELECTRIC, INC. OF DELAWARE | CIVIL ACTION |
| VERSUS | NO. 15-3034 |
| T&B CONSTRUCTION AND ELECTRICAL SERVICES, INC. | SECTION "R" (4) |

## **JUDGMENT**

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of T&B Construction and Electrical Service, Inc. (T&B) DISMISSING WITH PREJUDICE Hi-Tech Electric, Inc. of Delaware (HTE)'s claim for nonforeseeable damages in connection with T&B's breach of contract and for nonpecuniary damages for breach of the teaming agreement. HTE's prompt payment claim is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of HTE on HTE's breach of contract claim in the amount of $635,983.00.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that T&B's counterclaims are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this ___17th___ day of May, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE